

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

October 19, 2020

<u>BY ECF</u>

The application is **GRANTED**.  Defendant's deadline to file the certified transcript of administrative proceedings is extended to **December 21, 2020**.

Honorable Lorna G. Schofield
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Dated: October 20, 2020
           New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  <u>Ryan D. Gibbs v. Comm'r Soc. Sec.</u>
        20 Civ. 5595 (LGS)

Dear Judge Schofield:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on October 21, 2020.  We write respectfully <u>to request that the time to file the record be extended for 60 days, until December 21, 2020</u>.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.

We attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this proposed adjournment.  We did not receive a response to our inquiry directly from plaintiff, but received an email from Shazardi Gaddy, a case manager for plaintiff at HelpUSA, who stated that plaintiff agreed to the proposed adjournment.  Ms. Gaddy also stated that she could relay messages to plaintiff.

Page 2

      No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney


By:            *s/  Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  <u>BY MAIL</u> (no email or fax available)
    Ryan D. Gibbs
    984 Woodycrest Avenue, Apt. 208
    Bronx, NY 10452

    <u>BY EMAIL</u>
    Shazardi Gaddy
    HelpUSA
    984 Woodycrest Avenue
    Bronx, NY 10452
    (718) 215-7051, x. 110
    sgaddy@helpusa.org